UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Christopher Hendrix, et al.
　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:18−cv−06930
　　　　　　　　　　　　　　　　　　　　　Honorable Mary M. Rowland

The Children's Museum in Oak Lawn
　　　　　　　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 17, 2019:

　　　　MINUTE entry before the Honorable Mary M. Rowland: The Court dismisses this action without prejudice. Payment of settlement proceeds to the lawyer's trust account shall be tendered to the Plaintiff Hendrix and to the guardians of Plaintiff Wampach. The action is dismissed without prejudice until 9/16/19. Plaintiff has leave to reinstate until 9/16/19. If no motion to reinstate is filed on or before 9/16/19, the dismissal will automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.